# RHG Law

Pennsylvania & New Jersey
212 W. Route 38, Suite 700
Moorestown, NJ 08057

| | | |
|---|---|---|
| Roy H. Gordon, Esquire*λ | | Phone: (856) 209-3425 |
| Of Counsel: | | FAX: (856) 957-5122 |
| Jeffrey Brahin, Esquireλ | My Personal Email Address: | * Member New Jersey Bar |
| Sam Dhaliwal, Esquire*λ | rgordon@rhglawfirm.com | λMember Pennsylvania Bar |

February 7, 2025

Honorable Georgette Castner, U.S.D.J.
Honorable Justin T. Quinn, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

RE: Carew v. Athena Bitcoin, Inc., et al.,
No. 3:25-cv-00608

Dear Judge Castner and Judge Quinn:

This office has been retained to represent Defendant, Sukhwinder Singh d/b/a Country Farm Food N Smoke Shop, in the above-referenced matter. We respectfully request an extension of time through February 28, 2025 for our client to answer, move, or otherwise respond to Plaintiff's Complaint.

Athena Bitcoin removed this action from state court to this Court on Friday, January 17, 2025, making our response to the Complaint due on January 24, 2025. Our office was only recently retained. Sukhwinder Singh d/b/a Country Farm Food N Smoke Shop respectfully request an additional extension of twenty-one (21) days, through February 28, 2025, so that we can continue to investigate and fully prepare a response to the Complaint. This is Sukhwinder Singh d/b/a Country Farm Food N Smoke Shop's first request for an extension of time to respond to Plaintiff's Complaint.

Plaintiff's counsel has consented to this extension request. As such, neither party will be prejudiced by this extension.

In light of the above, Sukhwinder Singh d/b/a Country Farm Food N Smoke Shop respectfully requests that the Court grant an extension to answer, move, or otherwise respond to the Complaint.

Should Your Honor have any questions, please do not hesitate to contact me.

Respectfully,
**RHG Law**

/s/ Roy H. Gordon
Roy Gordon, Esquire

cc: Counsel of Record (via ECF)