**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Trenton, NJ**

KAREN CAREW

                    Plaintiff,

v.                                        Case No.: 3:25−cv−00608−GC−JTQ

                                                Judge Georgette Castner

ATHENA BITCOIN, INC., et al.

                    Defendant.

Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728−1266

State No: MON L 003971 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                              Very truly yours,

                                                              CLERK OF COURT
                                                              By Deputy Clerk, jmh

encl.
cc: All Counsel